IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 02-30386
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ALBERT C. HENRY,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 00-CR-50057-02
--------------------
January 3, 2003

Before JONES, STEWART, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Court-appointed counsel for Albert C. Henry has requested leave to withdraw and has filed a brief as required by Anders v. California, 386 U.S. 738 (1967). Henry has not responded to his counsel's motion. Our independent review of counsel's brief and the record discloses no nonfrivolous issue for appeal. Counsel's motion for leave to withdraw is GRANTED, counsel is excused from

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

further responsibilities, and the appeal is DISMISSED.  <u>See</u> 5TH CIR.
R. 42.2.

    MOTION GRANTED; APPEAL DISMISSED.